# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SHANNON ROGER WOLFORD,**

      **Plaintiff,**

  **v.**

**COMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

**Case No. 2:14-cv-1250**

**Judge Peter C. Economus**

**Magistrate Judge King**

**ORDER**

On September 11, 2015, the United States Magistrate Judge recommended that plaintiff's motion to remand the matter to the Commissioner of Social Security, pursuant to Sentence 6 of 42 U.S.C. § 405(g), for consideration of new and material evidence  (ECF No. 23) be granted. (*Report and Recommendation*, ECF No. 25.) Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF No. 25, is **ADOPTED AND AFFIRMED**. Plaintiff's motion to remand the matter to the Commissioner of Social Security, pursuant to Sentence 6 of 42 U.S.C. § 405(g),for consideration of new and material evidence (ECF No. 23) is **GRANTED**.

    **IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**